# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: ZACHMANN, LORI | § | Case No. 10-32410 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 21, 2010. The undersigned trustee was appointed on July 21, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        2,525.60

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 589.84 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 1,935.76 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/16/2010 and the deadline for filing governmental claims was 01/17/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $631.40. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13.48, for a total compensation of $13.48.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/12/2014     By: /s/CHARLES J. MYLER
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-32410
**Case Name:** ZACHMANN, LORI

**Trustee:** (330510) CHARLES J. MYLER
**Filed (f) or Converted (c):** 07/21/10 (f)
**§341(a) Meeting Date:** 09/13/10
**Claims Bar Date:** 12/16/10

**Period Ending:** 05/09/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1743 Wright Drive, Sandwich<br>Orig. Asset Memo: Imported from original petition Doc# 21; | 350,000.00 | 0.00 | | 0.00 | FA |
| 2 | 6S500 Densmore Rd, Aurora<br>Orig. Asset Memo: Imported from original petition Doc# 21; | 2,200,000.00 | 0.00 | | 0.00 | FA |
| 3 | Timeshare interest<br>Orig. Asset Memo: Imported from original petition Doc# 21; | 30,000.00 | 24,528.92 | | 0.00 | FA |
| 4 | Castle Bank DeKalb IL #80743358- 1743 Wright Dri<br>Orig. Asset Memo: Imported from original petition Doc# 21; Imported from Amended Doc#: 42 | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Castle Bank-- DeKalb -- joint checking with Rich<br>Orig. Asset Memo: Imported from original petition Doc# 21; Imported from Amended Doc#: 42 | 2,670.11 | 2,670.11 | | 2,500.00 | FA |
| 6 | ComEd - 1743 Wright Drive, Sandwich, IL 60548<br>Orig. Asset Memo: Imported from original petition Doc# 21; Imported from Amended Doc#: 42 | 840.00 | 840.00 | | 0.00 | FA |
| 7 | Living room/Family room couches and rugs; King s<br>Orig. Asset Memo: Imported from original petition Doc# 21; Imported from Amended Doc#: 42 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 8 | household goods at Densmore location occupied by<br>Orig. Asset Memo: Imported from original petition Doc# 21; Imported from Amended Doc#: 42 | Unknown | 0.00 | | 0.00 | FA |
| 9 | Books; CD's; Cermaic box collection - 1743 Wrigh<br>Orig. Asset Memo: Imported from original petition Doc# 21; Imported from Amended Doc#: 42 | 650.00 | 650.00 | | 0.00 | FA |
| 10 | Casual and business attire; - 1743 Wright Drive,<br>Orig. Asset Memo: Imported from original petition Doc# 21; Imported from Amended Doc#: 42 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Sapphire and diamond ring and earrings; Diamond<br>Orig. Asset Memo: Imported from original petition Doc# 21; Imported from Amended Doc#: 42 | Unknown | 0.00 | | 0.00 | FA |
| 12 | family heirloom diamond ring<br>Orig. Asset Memo: Imported from original petition | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-32410
Case Name: ZACHMANN, LORI

Period Ending: 05/09/14

Trustee: (330510) CHARLES J. MYLER
Filed (f) or Converted (c): 07/21/10 (f)
§341(a) Meeting Date: 09/13/10
Claims Bar Date: 12/16/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Doc# 21; Imported from Amended Doc#: 42 |  |  |  |  |  |
| 13 | Golf clubs, mountain bike - 1743 Wright Drive, S<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | 200.00 | 200.00 |  | 0.00 | FA |
| 14 | Term life insurance policy with American General<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | Unknown | 0.00 |  | 0.00 | FA |
| 15 | 401K Principal Financial Group - 1743 Wright Dri<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | 83,143.22 | 0.00 |  | 0.00 | FA |
| 16 | Life Associates, Inc. 100% - 1743 Wright Drive, (u)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | Unknown | 0.00 |  | 25.24 | FA |
| 17 | Midwest Air Services, Inc. 100% - 1743 Wright Dr<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | Unknown | 0.00 |  | 0.00 | FA |
| 18 | personal loan to Darryl Grady/HIN Transport, Inc<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | 8,500.00 | 8,500.00 |  | 0.00 | FA |
| 19 | Life and Health Insurance broker licenses<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | Unknown | 0.00 |  | 0.00 | FA |
| 20 | 2003 Yukon Denali - 1743 Wright Drive, Sandwich,<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | 2,500.00 | 2,500.00 |  | 0.00 | FA |
| 21 | 1995 Honda Accord - 1743 Wright Drive, Sandwich,<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | 500.00 | 500.00 |  | 0.00 | FA |
| 22 | 16 year old dog<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | Unknown | 0.00 |  | 0.00 | FA |
| 23 | Stainless steel outdoor grill; picnic table, . -<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | 200.00 | 200.00 |  | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-32410 | | Trustee: | (330510) CHARLES J. MYLER |
|---|---|---|---|---|
| Case Name: | ZACHMANN, LORI | | Filed (f) or Converted (c): | 07/21/10 (f) |
| | | | §341(a) Meeting Date: | 09/13/10 |
| Period Ending: | 05/09/14 | | Claims Bar Date: | 12/16/10 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24 | Salary owed to debtor from Life Associates for J  Orig. Asset Memo: Imported from Amended Doc#: 42; Original petition value: 200.00; Original asset description: Stainless steel outdoor grill; picnic table, . - | 29,725.00 | 29,725.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.36 | Unknown |
| 25 | Assets    Totals (Excluding unknown values) | $2,714,928.33 | $72,314.03 | | $2,525.60 | $0.00 |

**Major Activities Affecting Case Closing:**

    Lori Zachmann is the owner of Life Associates, Inc., which filed a Chapter 11 proceeding virtually at the same time as the debtor filed her Chapter 7.  She was the sole owner of the company since her husband had put all the stock in her name some years earlier.  The couple was in the midst of a very bitter divorce.  The company limped along without Mr. Zachmann.  Trustee believes  that his settlement sums may have been used on travel and other items.  Eventually the Zachmann divorce was decided in state court.  Mr. Zachmann was awarded all the stock in the company but has not been able to regain control of the company at this writing.  The trustee has monitored the case at all times during the divorce proceedings and is monitoring disposition of stock and control of company.

| Initial Projected Date Of Final Report (TFR): | March 31, 2011 | Current Projected Date Of Final Report (TFR): | March 31, 2014 |
|---|---|---|---|

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-32410  
**Case Name:** ZACHMANN, LORI  

**Taxpayer ID #:** **-***9272  
**Period Ending:** 05/09/14  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******83-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/10 | {5} | Richard Zachmann | 1/2 of joint bank account | 1124-000 | 2,500.00 | | 2,500.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 2,500.03 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,500.05 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,500.07 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,500.09 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,500.11 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,500.13 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,500.14 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,500.16 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,500.18 |
| 05/20/11 | {16} | Elite Processing Service | Witness fee for Charles Myler | 1290-000 | 25.24 | | 2,525.42 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,525.44 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,525.46 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,525.48 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.84 | 2,520.64 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,520.66 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,495.66 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,495.68 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,470.68 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,470.70 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,445.70 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,445.72 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,420.72 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,420.74 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,395.74 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,395.76 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,370.76 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,345.76 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,320.76 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,295.76 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,270.76 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,245.76 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,220.76 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,195.76 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,170.76 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,145.76 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,120.76 |

Subtotals: $2,525.60  $404.84

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-32410 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | ZACHMANN, LORI | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******83-65 - Checking Account |
| Taxpayer ID #: | **-***9272 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/09/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,095.76 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033051088 20130103 | 9999-000 | | 2,095.76 | 0.00 |
| | | | ACCOUNT TOTALS | | 2,525.60 | 2,525.60 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,095.76 | |
| | | | Subtotal | | 2,525.60 | 429.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,525.60 | $429.84 | |

{} Asset reference(s)

Printed: 05/09/2014 04:11 PM   V.13.15

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-32410 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | ZACHMANN, LORI | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2265 - Checking Account |
| Taxpayer ID #: | **-***9272 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/09/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,095.76 | | 2,095.76 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,085.76 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,075.76 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,065.76 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,055.76 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,045.76 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,035.76 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,025.76 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,015.76 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,005.76 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,995.76 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,985.76 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,975.76 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,965.76 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,955.76 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,945.76 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,935.76 |
| | | | ACCOUNT TOTALS | | 2,095.76 | 160.00 | $1,935.76 |
| | | | Less: Bank Transfers | | 2,095.76 | 0.00 | |
| | | | Subtotal | | 0.00 | 160.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $160.00 | |

Net Receipts : 2,525.60
Net Estate : $2,525.60

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******83-65 | 2,525.60 | 429.84 | 0.00 |
| Checking # ******2265 | 0.00 | 160.00 | 1,935.76 |
| | $2,525.60 | $589.84 | $1,935.76 |

{} Asset reference(s)

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 10-32410
Case Name: ZACHMANN, LORI
Trustee Name: CHARLES J. MYLER

**Balance on hand:** $ 1,935.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | DeKalb County Collector | 4,025.22 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,935.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 631.40 | 0.00 | 13.44 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 89,245.00 | 0.00 | 1,898.98 |
| Attorney for Trustee, Expenses - Myler, Ruddy & McTavish | 804.13 | 0.00 | 17.11 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 6.23 |

Total to be paid for chapter 7 administration expenses: $ 1,935.76
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $67,773.84 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P | Department of the Treasury | 61,728.84 | 0.00 | 0.00 |
| 9P | Illinois Department of Revenue | 6,045.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,382.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First National Bank of Omaha | 3,451.58 | 0.00 | 0.00 |
| 2 | First National Bank of Omaha | 1,789.28 | 0.00 | 0.00 |
| 3 | Haas & McLennan | 33,889.73 | 0.00 | 0.00 |
| 4 | American Express Centurion Bank | 21.74 | 0.00 | 0.00 |
| 5 | American Express Bank, FSB | 3,970.79 | 0.00 | 0.00 |
| 6 | Fia Card Services, NA/Bank of America | 12,738.16 | 0.00 | 0.00 |
| 8U | Department of the Treasury | 18,916.49 | 0.00 | 0.00 |
| 9U | Illinois Department of Revenue | 604.50 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $         0.00
Remaining balance:  $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $         0.00
Remaining balance:  $         0.00

UST Form 101-7-TFR (05/1/2011)