UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ZACHMANN, LORI                               § Case No. 10-32410
                                                    §
                                                    §
                                                    §
Debtor(s)                                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 6/13/14 in Courtroom 240, United States Courthouse, 100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/12/2014          By: /s/CHARLES J. MYLER
                                                    Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ZACHMANN, LORI § Case No. 10-32410
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 2,525.60 |
| and approved disbursements of | $ 589.84 |
| leaving a balance on hand of [1] | $ 1,935.76 |

**Balance on hand:** $ 1,935.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | DeKalb County Collector | 4,025.22 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,935.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 631.40 | 0.00 | 13.44 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 89,245.00 | 0.00 | 1,898.98 |
| Attorney for Trustee, Expenses - Myler, Ruddy & McTavish | 804.13 | 0.00 | 17.11 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 6.23 |

Total to be paid for chapter 7 administration expenses: $ 1,935.76
Remaining balance: $ 0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $67,773.84 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P | Department of the Treasury | 61,728.84 | 0.00 | 0.00 |
| 9P | Illinois Department of Revenue | 6,045.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,382.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First National Bank of Omaha | 3,451.58 | 0.00 | 0.00 |
| 2 | First National Bank of Omaha | 1,789.28 | 0.00 | 0.00 |
| 3 | Haas & McLennan | 33,889.73 | 0.00 | 0.00 |
| 4 | American Express Centurion Bank | 21.74 | 0.00 | 0.00 |
| 5 | American Express Bank, FSB | 3,970.79 | 0.00 | 0.00 |
| 6 | Fia Card Services, NA/Bank of America | 12,738.16 | 0.00 | 0.00 |
| 8U | Department of the Treasury | 18,916.49 | 0.00 | 0.00 |
| 9U | Illinois Department of Revenue | 604.50 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                      Case No. 10-32410-DRC
Lori Zachmann                                               Chapter 7
       Debtor
                          CERTIFICATE OF NOTICE
District/off: 0752-1           User: corrinal              Page 1 of 3                  Date Rcvd: May 23, 2014
                               Form ID: pdf006             Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2014.
db           +Lori Zachmann,   P.O Box 917,   Attn: Lori Zachmann (Personal),   Sugar Grove, IL 60554-0917
15880137      APLM, Ltd.,   1050 West Kinzie,   Carol Stream, IL 60132-0830
15880129      Abn Amro Mortgage Grou,   ATTN: Bankruptcy Dept,   P.O. Box 79022, MS 322,
               Saint Louis, MO 63179
15880130     +Accurate Document Destruction,   2500 Landmeier Road,   Elk Grove Village, IL 60007-2627
15880131      Allied National,   PO Box 29187,   Mission, KS 66201-9187
15880132      Allied National-Dental,   PO Box 29188,   Mission, KS 66201-9188
15880135      American Express,   P.O. Box 360002,   Fort Lauderdale, FL 33336-0002
15880134      American Express,   PO Box 650448,   Dallas, TX 75265-0448
15880133     +American Express,   P.O. Box 0001,   Los Angeles, CA 90096-8000
16521123      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16521122      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15880136     +Amex,   c/o Beckett & Lee,   Po Box 3001,   Malvern, PA 19355-0701
15880139     #+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
15880142      CC Services, Inc.,   1711 GE Road,   PO Box 2020,   Bloomington, IL 61702-2020
15880140     +Castle Bank Na,   141 W. Lincoln Hwy.,   Dekalb, IL 60115-3699
15880141      Castle Bank of DeKalb,   141 North Lincoln Hwy,   DeKalb, IL 60115
15880143     +Citimortgage,   P.O. Box 9438,   Gaithersburg, MD 20898-9438
15880144     +Citimortgage, Inc.,   P.O. Box 183040,   Columbus, OH 43218-3040
15880145     +Coconut Beach Resort,   1500 Alberta Street,   Key West, FL 33040-4793
15964234     +ComEd--Exelon Corp,   10 S Dearborn,   Attn: Legal Dept,   POB 805398,   Chicago, IL 60680-4183
15880147    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   P.O. 630778,   Cincinnati, OH 45263-0778)
15880146      Federal Express,   PO Box 94515,   Palatine, IL 60094-4515
15880148      First Bankcard,   PO Box 2818,   Omaha, NE 68103-2818
15880149      First Bankcard (Castle Bank),   PO Box 2818,   Omaha, NE 68103-2818
16176663     +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha, NE 68197-0002
15880151      GFC Leasing,   PO Box 2290,   Madison, WI 53701-2290
15880152      Gordon Flesch Co., Inc.,   PO Box 992,   Madison, WI 53701-0992
15880155     +Haas & McLennan,   209 Naperville Road,   Wheaton, IL 60187-5467
15880157      ILL. DEPT. REVENUE,   PO BOX 64338,   Chicago, IL 60664-0338
15880156      Ice Mountain Spring Water,   PO Box 756680,   Louisville, KY 40285-6680
17135021      Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
15880161     +Jaw Pain Rehab,   475 W. 55th Street,   La Grange, IL 60525-3566
15880160     +Jaw Pain Rehab,   475 West 55th Street, Suite 207,   La Grange, IL 60525-3566
15964233     +Kane County Supervisor of,   Assessment,   719 S Batavia Ave,   Building C,
               Geneva, IL 60134-3077
15880162     +Life Associates,   PO Box 917,   Sugar Grove, IL 60554-0917
15880163     +MBNA America,   PO Box 15287,   Wilmington, DE 19850-5287
15964235      MBNA America,   POB 37291,   Baltimore, MD 21297-3291
15964236    ++MEDIACOM COMMUNICATIONS CORPORATION,   ATTN ERIK MIRROW,   100 CRYSTAL RUN ROAD,
               MIDDLETOWN NY 10941-4041
             (address filed with court: Mediacom LLC,   POB 5741,   Carol Stream, IL 60197-5741)
15880164      Mid Atlantic Trust Company,   1251 Waterford PL,   Suite 525,   Pittsburgh, PA 15222
15880165      Midwest Air Services, Inc. -- RA,   Delaware Business Incorporators Inc,
               3422 Old Corporate Trail  Suite 700,   Wilmington, DE 19808
15880166     +Old Second Bank,   749 N. Main Street,   Elburn, IL 60119-9191
15964238      Old Second National Bank,   37 S. River Street,   Aurora, IL 60506-4172
15880167     +Pasulka & White, LLC,   70 W. Madison Street,   Chicago, IL 60602-4383
15880170     +Prairie Glen Properties,   Attn: John J. Williams,   20 Hathaway Crescent,
               Sugar Grove, IL 60554-4137
15880171      Quest Diagnostics,   P.O. Box 64804,   Baltimore, MD 21264-4804
15880172     +Randy Johnson,   Law Offices of Randy Johnson,   303 W. Main Street,   Dundee, IL 60118-2020
15880174     +Randy K. Johnson,   The Law Office of Randy K. Johnson,   303 West Main Street,
               Dundee, IL 60118-2020
15880173      Randy K. Johnson,   The Law Office of Randy K. Johnson,   303 W. Main Street,
               Des Plaines, IL 60018
15880177     +Scope Aircraft Finance,   140 East Town Street,   Columbus, OH 43215-5125
15880178      Sky Haven of Aurora, Inc.,   43W282 US Highway 30,   Sugar Grove, IL 60554-7800
15880181     +State Farm Insurance Company,   Willis Swims,   145 W. Roosevelt Road,
               West Chicago, IL 60185-3765
15880182     +Steelcase Financial Services, Inc.,   PO Box 91200,   Chicago, IL 60693-1200
15880183     +Sugar Grove Self Storage,   PO Box 219,   Big Rock, IL 60511-0219
15880184     +SunGard Business Systems LLC,   Payment Processing Center,   PO Box 98698,
               Chicago, IL 60693-8698
15880186     +Target Nb,   P.O. Box 673,   Minneapolis, MN 55440-0673
15880187      The Retirement Advantage,   Dept. 5260,   PO Box 3090,   Milwaukee, WI 53201-3090
15880188     +The Sandwich Airport,   1560 West Church Street,   Sandwich, IL 60548-2098
15880189     +Tnb-visa,   Po Box 560284,   Dallas, TX 75356-0284
15880190      Valley West Community Hospital,   Payment Processing Center,   PO Box 739,
               Moline, IL 61266-0739
```

```
District/off: 0752-1          User: corrinal              Page 2 of 3                   Date Rcvd: May 23, 2014
                              Form ID: pdf006             Total Noticed: 72
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15880138       E-mail/Text: g17768@att.com May 24 2014 00:16:26      AT&T,    PO Box 8100,    Aurora, IL 60507-8100
15964232      +E-mail/Text: tmartin@dekalbcounty.org May 24 2014 00:17:42      DeKalb County Collector,
                110 East Sycamore Street,    Sycamore, IL 60178-1448
15880158       E-mail/Text: cio.bncmail@irs.gov May 24 2014 00:16:45      Department of the Treasury,
                Internal Revenue Service,    POB 7346,   Philadelphia, PA 19101-7346
16528370       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 24 2014 00:22:12
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK   73124-8809
15880150      +E-mail/Text: dlange@foxmetro.dst.il.us May 24 2014 00:17:20      Fox Metro WRD,    P.O. Box 160,
                Aurora, IL 60507-0160
15880153      +E-mail/Text: bankruptcy@hraccounts.com May 24 2014 00:16:40      H & R Accounts Inc,    Po Box 672,
                Moline, IL 61266-0672
15880154      +E-mail/Text: bankruptcy@hraccounts.com May 24 2014 00:16:40      H & R Accounts, Inc.,
                7017 John Deere Parkway,    Moline, IL 61265-8072
15880159       E-mail/Text: cio.bncmail@irs.gov May 24 2014 00:16:45      IRS,    STOP 5013CHI,
                230 S. DEARBORN ST.,    Chicago, IL 60604
15964237       E-mail/Text: bankrup@aglresources.com May 24 2014 00:15:51      Nicor Gas,    POB 2020,
                Aurora, IL 60507-2020
15880168       E-mail/Text: bankruptcy@pb.com May 24 2014 00:18:27      PBCC,    PO Box 856460,
                Louisville, KY 40285-6460
15880169       E-mail/Text: bankruptcy@pb.com May 24 2014 00:18:27      Pitney Bowes Purchase Power,
                PO Box 856042,    Louisville, KY 40285-6042
15880179       E-mail/Text: appebnmailbox@sprint.com May 24 2014 00:17:21      Sprint,    PO Box 4191,
                Carol Stream, IL 60197-4191
15880191      +E-mail/Text: jmilewski@sugar-grove.il.us May 24 2014 00:17:02      Village of Sugar Grove,
                10 Municpal Drive,    Sugar Grove, IL 60554-6923
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15880180        Sprint,    PO Box 4181
15964239*      +Pasulka & White, LLC,    70 W. Madison Street,    Chicago, IL 60602-4383
15964240*      +Target NB,    POB 673,   Minneapolis, MN 55440-0673
15880176      ##+Richard Zachmann,    6S500 Densmore,    Aurora, IL 60506-8913
15880175      ##+Richard Zachmann,    6S500 Densmore Rd,    Aurora, IL 60506-8913
15880185       ##Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
                                                                                   TOTALS: 1, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2014 at the address(es) listed below:
          Charles J Myler    on behalf of Financial Advisor James D Keith cmyler@mrmlaw.com,
           IL57@ecfcbis.com
          Charles J Myler    candkmyler850@sbcglobal.net,    IL57@ecfcbis.com
          Charles J Myler    on behalf of Plaintiff Charles J Myler cmyler@mrmlaw.com,    IL57@ecfcbis.com
          Charles J Myler    on behalf of Trustee Charles J Myler cmyler@mrmlaw.com,    kmyler@mrmlaw.com
```

```
District/off: 0752-1          User: corrinal              Page 3 of 3              Date Rcvd: May 23, 2014
                              Form ID: pdf006             Total Noticed: 72
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Christian C Onsager   on behalf of Creditor Richard   Zachmann consager@osglaw.com, bmoss@osglaw.com
          Christian C Onsager   on behalf of Defendant Richard   Zachmann consager@osglaw.com, bmoss@osglaw.com
          James P Mullally   on behalf of Creditor    Castle Bank, N.A. jpm@konewkoandassoc.com
          John A Lipinsky   on behalf of Interested Party    Life Associates, Inc. jlipinsky@comananderson.com, khaskell@comananderson.com;tmaurer@comananderson.com
          Michael J. Davis   on behalf of Creditor Richard   Zachmann mdavis@archerbay.com, davislaw80@gmail.com
          Michael P Kelleher   on behalf of Trustee Charles J Myler mkelleherlaw@gmail.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Richard G Larsen   on behalf of Trustee Charles J Myler rlarsen@springerbrown.com, vmaurer@kleinstoddard.com;jkrafcisin@springerbrown.com;iprice@springerbrown.com
          Richard G Larsen   on behalf of Plaintiff Charles J Myler rlarsen@springerbrown.com, vmaurer@kleinstoddard.com;jkrafcisin@springerbrown.com;iprice@springerbrown.com
          Richard L Hirsh   on behalf of Debtor Lori  Zachmann richala@sbcglobal.net, richard@bankruptcy-dupage.com
          Richard S Ralston   on behalf of Plaintiff    FIA Card Services, N.A. richardr@w-legal.com, chapter-13@w-legal.com

                                                                                                   TOTAL: 15