# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ZACHMANN, LORI | §    Case No. 10-32410 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,712,258.22             Assets Exempt: $105,543.22
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00        Claims Discharged
                                           Without Payment: $143,156.11

Total Expenses of Administration: $2,525.60

---

3) Total gross receipts of $ 2,525.60 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,525.60 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,433,372.08 | $4,025.22 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 91,563.37 | 91,563.37 | 2,525.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 0.00 | 67,773.84 | 67,773.84 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 75,382.27 | 75,382.27 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,433,372.08 | $238,744.70 | $234,719.48 | $2,525.60 |

4)  This case was originally filed under Chapter 7 on July 21, 2010. The case was pending for 48 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _08/11/2014_____  By: _/s/CHARLES J. MYLER_____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Castle Bank-- DeKalb -- joint checking with Rich | 1124-000 | 2,500.00 |
| Life Associates, Inc. 100% - 1743 Wright Drive, | 1290-000 | 25.24 |
| Interest Income | 1270-000 | 0.36 |
| **TOTAL GROSS RECEIPTS** | | $2,525.60 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | DeKalb County Collector | 4110-000 | 3,955.00 | 4,025.22 | 0.00 | 0.00 |
| NOTFILED | Citimortgage, Inc. | 4110-000 | 142,329.00 | N/A | N/A | 0.00 |
| NOTFILED | Castle Bank Na | 4110-000 | 2,227,969.00 | N/A | N/A | 0.00 |
| NOTFILED | Kane County Supervisorof Assessment | 4110-000 | 8,887.00 | N/A | N/A | 0.00 |
| NOTFILED | Coconut Beach Resort | 4110-000 | 5,471.08 | N/A | N/A | 0.00 |
| NOTFILED | Castle Bank of DeKalb | 4110-000 | 44,761.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,433,372.08 | $4,025.22 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 631.40 | 631.40 | 13.44 |
| US Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 6.23 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 89,245.00 | 89,245.00 | 1,898.98 |
| Myler, Ruddy & McTavish | 3120-000 | N/A | 804.13 | 804.13 | 17.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 4.84 | 4.84 | 4.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $91,563.37 | $91,563.37 | $2,525.60 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P | Department of the Treasury | 5800-000 | N/A | 61,728.84 | 61,728.84 | 0.00 |
| 9P | Illinois Department of Revenue | 5800-000 | N/A | 6,045.00 | 6,045.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $67,773.84 | $67,773.84 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First National Bank of Omaha | 7100-000 | N/A | 3,451.58 | 3,451.58 | 0.00 |
| 2 | First National Bank of Omaha | 7100-000 | N/A | 1,789.28 | 1,789.28 | 0.00 |
| 3 | Haas & McLennan | 7100-000 | N/A | 33,889.73 | 33,889.73 | 0.00 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 21.74 | 21.74 | 0.00 |
| 5 | American Express Bank, FSB | 7100-000 | N/A | 3,970.79 | 3,970.79 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 12,738.16 | 12,738.16 | 0.00 |
| 8U | Department of the Treasury | 7100-000 | N/A | 18,916.49 | 18,916.49 | 0.00 |
| 9U | Illinois Department of Revenue | 7100-000 | N/A | 604.50 | 604.50 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $75,382.27 | $75,382.27 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 10-32410 | **Trustee:** (330510)   CHARLES J. MYLER |
| **Case Name:** ZACHMANN, LORI | **Filed (f) or Converted (c):** 07/21/10 (f) |
| | **§341(a) Meeting Date:** 09/13/10 |
| **Period Ending:** 08/11/14 | **Claims Bar Date:** 12/16/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1743 Wright Drive, Sandwich     Orig. Asset Memo: Imported from original petition Doc# 21; | 350,000.00 | 0.00 | | 0.00 | FA |
| 2 | 6S500 Densmore Rd, Aurora     Orig. Asset Memo: Imported from original petition Doc# 21; | 2,200,000.00 | 0.00 | | 0.00 | FA |
| 3 | Timeshare interest     Orig. Asset Memo: Imported from original petition Doc# 21; | 30,000.00 | 24,528.92 | | 0.00 | FA |
| 4 | Castle Bank DeKalb IL #80743358- 1743 Wright Dri     Orig. Asset Memo: Imported from original petition Doc# 21; Imported from Amended Doc#: 42 | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Castle Bank-- DeKalb -- joint checking with Rich     Orig. Asset Memo: Imported from original petition Doc# 21; Imported from Amended Doc#: 42 | 2,670.11 | 2,670.11 | | 2,500.00 | FA |
| 6 | ComEd - 1743 Wright Drive, Sandwich, IL 60548     Orig. Asset Memo: Imported from original petition Doc# 21; Imported from Amended Doc#: 42 | 840.00 | 840.00 | | 0.00 | FA |
| 7 | Living room/Family room couches and rugs; King s     Orig. Asset Memo: Imported from original petition Doc# 21; Imported from Amended Doc# 42 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 8 | household goods at Densmore location occupied by     Orig. Asset Memo: Imported from original petition Doc# 21; Imported from Amended Doc#: 42 | Unknown | 0.00 | | 0.00 | FA |
| 9 | Books; CD's; Cermaic box collection - 1743 Wrigh     Orig. Asset Memo: Imported from original petition Doc# 21; Imported from Amended Doc#: 42 | 650.00 | 650.00 | | 0.00 | FA |
| 10 | Casual and business attire; - 1743 Wright Drive,     Orig. Asset Memo: Imported from original petition Doc# 21; Imported from Amended Doc#: 42 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Sapphire and diamond ring and earrings; Diamond     Orig. Asset Memo: Imported from original petition Doc# 21; Imported from Amended Doc#: 42 | Unknown | 0.00 | | 0.00 | FA |
| 12 | family heirloom diamond ring | Unknown | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 2

| | |
|---|---|
| **Case Number:** 10-32410 | **Trustee:** (330510)   CHARLES J. MYLER |
| **Case Name:** ZACHMANN, LORI | **Filed (f) or Converted (c):** 07/21/10 (f) |
| | **§341(a) Meeting Date:** 09/13/10 |
| **Period Ending:** 08/11/14 | **Claims Bar Date:** 12/16/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | | | | | |
| 13 | Golf clubs, mountain bike - 1743 Wright Drive, S<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | 200.00 | 200.00 | | 0.00 | FA |
| 14 | Term life insurance policy with American General<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | Unknown | 0.00 | | 0.00 | FA |
| 15 | 401K Principal Financial Group - 1743 Wright Dri<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | 83,143.22 | 0.00 | | 0.00 | FA |
| 16 | Life Associates, Inc. 100% - 1743 Wright Drive,  (u)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | Unknown | 0.00 | | 25.24 | FA |
| 17 | Midwest Air Services, Inc. 100% - 1743 Wright Dr<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | Unknown | 0.00 | | 0.00 | FA |
| 18 | personal loan to Darryl Grady/HIN Transport, Inc<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | 8,500.00 | 8,500.00 | | 0.00 | FA |
| 19 | Life and Health Insurance broker licenses<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | Unknown | 0.00 | | 0.00 | FA |
| 20 | 2003 Yukon Denali - 1743 Wright Drive, Sandwich,<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 21 | 1995 Honda Accord - 1743 Wright Drive, Sandwich,<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | 500.00 | 500.00 | | 0.00 | FA |
| 22 | 16 year old dog<br>Orig. Asset Memo: Imported from original petition<br>Doc# 21; Imported from Amended Doc#: 42 | Unknown | 0.00 | | 0.00 | FA |
| 23 | Stainless steel outdoor grill; picnic table, . -<br>Orig. Asset Memo: Imported from original petition | 200.00 | 200.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 10-32410 | **Trustee:** (330510) | CHARLES J. MYLER |
| **Case Name:** ZACHMANN, LORI | **Filed (f) or Converted (c):** | 07/21/10 (f) |
| | **§341(a) Meeting Date:** | 09/13/10 |
| **Period Ending:** 08/11/14 | **Claims Bar Date:** | 12/16/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Doc# 21; Imported from Amended Doc#: 42 | | | | | |
| 24 | Salary owed to debtor from Life Associates for J Orig. Asset Memo: Imported from Amended Doc#: 42; Original petition value: 200.00; Original asset description: Stainless steel outdoor grill; picnic table, . - | 29,725.00 | 29,725.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.36 | Unknown |
| **25** | **Assets    Totals** (Excluding unknown values) | **$2,714,928.33** | **$72,314.03** | | **$2,525.60** | **$0.00** |

**Major Activities Affecting Case Closing:**

Lori Zachmann is the owner of Life Associates, Inc., which filed a Chapter 11 proceeding virtually at the same time as the debtor filed her Chapter 7. She was the sole owner of the company since her husband had put all the stock in her name some years earlier. The couple were in the midst of a very bitter divorce. The company limped along without Mr. Zachmann. Trustee believes that his settlement sums may have been used on travel and other items. Eventually the Zachmann divorce was decided in state court. Mr. Zachmann was awarded all the stock in the company but has not been able to regain control of the company at this writing. The trustee has monitored the case at all times during the divorce proceedings and is monitoring disposition of stock and control of company.

**Initial Projected Date Of Final Report (TFR):**    March 31, 2011          **Current Projected Date Of Final Report (TFR):**    March 31, 2014

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-32410 |
| Case Name: | ZACHMANN, LORI |
| | |
| Taxpayer ID #: | **-***9272 |
| Period Ending: | 08/11/14 |

| | |
|---|---|
| Trustee: | CHARLES J. MYLER (330510) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******83-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/10 | {5} | Richard Zachmann | 1/2 of joint bank account | 1124-000 | 2,500.00 | | 2,500.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 2,500.03 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,500.05 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,500.07 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,500.09 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,500.11 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,500.13 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,500.14 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,500.16 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,500.18 |
| 05/20/11 | {16} | Elite Processing Service | Witness fee for Charles Myler | 1290-000 | 25.24 | | 2,525.42 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,525.44 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,525.46 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,525.48 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.84 | 2,520.64 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,520.66 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,495.66 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,495.68 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,470.68 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,470.70 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,445.70 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,445.72 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,420.72 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,420.74 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,395.74 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,395.76 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,370.76 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,345.76 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,320.76 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,295.76 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,270.76 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,245.76 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,220.76 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,195.76 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,170.76 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,145.76 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,120.76 |
| | | | Subtotals : | | $2,525.60 | $404.84 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-32410 |
| Case Name: | ZACHMANN, LORI |
| Taxpayer ID #: | **-***9272 |
| Period Ending: | 08/11/14 |

| | |
|---|---|
| Trustee: | CHARLES J. MYLER (330510) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******83-65 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,095.76 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033051088 20130103 | 9999-000 | | 2,095.76 | 0.00 |
| | | | ACCOUNT TOTALS | | 2,525.60 | 2,525.60 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,095.76 | |
| | | | Subtotal | | 2,525.60 | 429.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,525.60 | $429.84 | |

{} Asset reference(s)

Exhibit 9

# Form 2
Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-32410 | |
| **Case Name:** | ZACHMANN, LORI | |
| **Taxpayer ID #:** | **-***9272 | |
| **Period Ending:** | 08/11/14 | |

| | |
|---|---|
| **Trustee:** | CHARLES J. MYLER (330510) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******2265 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,095.76 | | 2,095.76 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,085.76 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,075.76 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,065.76 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,055.76 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,045.76 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,035.76 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,025.76 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,015.76 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,005.76 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,995.76 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,985.76 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,975.76 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,965.76 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,955.76 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,945.76 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,935.76 |
| 06/14/14 | 11001 | Myler, Ruddy & McTavish | Dividend paid   2.12% on $804.13, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 17.11 | 1,918.65 |
| 06/14/14 | 11002 | Myler, Ruddy & McTavish | Dividend paid   2.12% on $89,245.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,898.98 | 19.67 |
| 06/14/14 | 11003 | CHARLES J. MYLER | Dividend paid   2.12% on $631.40, Trustee Compensation;  Reference: | 2100-000 | | 13.44 | 6.23 |
| 06/14/14 | 11004 | US Bankruptcy Court | Dividend paid   2.12% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: Stopped on 07/21/14 | 2700-004 | | 6.23 | 0.00 |
| 07/21/14 | 11004 | US Bankruptcy Court | Dividend paid   2.12% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: Stopped: check issued on 06/14/14 | 2700-004 | | -6.23 | 6.23 |
| 07/22/14 | 11005 | US Bankruptcy Court | | 2700-000 | | 6.23 | 0.00 |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-32410 | |
| **Case Name:** | ZACHMANN, LORI | |
| **Taxpayer ID #:** | **-***9272 | |
| **Period Ending:** | 08/11/14 | |

| | |
|---|---|
| **Trustee:** | CHARLES J. MYLER (330510) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******2265 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 2,095.76 | 2,095.76 | $0.00 |
| | | | Less: Bank Transfers | | 2,095.76 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,095.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $2,095.76 | |

| Net Receipts : | 2,525.60 |
|---|---|
| Net Estate : | $2,525.60 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******83-65** | 2,525.60 | 429.84 | 0.00 |
| **Checking # ******2265** | 0.00 | 2,095.76 | 0.00 |
| | $2,525.60 | $2,525.60 | $0.00 |

{} Asset reference(s)